# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CARLOS RAMIREZ,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-20-1230-G |
| | ) |
| **WILLIAM BARR et al.,** | ) |
| | ) |
| Respondents. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell (Doc. No. 4). No objection to the Report and Recommendation has been filed; nor has an extension of time in which to object been sought or granted. Accordingly, the Report and Recommendation is ADOPTED in its entirety, and this action is TRANSFERRED to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 26th day of January, 2021.

CHARLES B. GOODWIN
United States District Judge